2786.  EVANS *v.* BARRETT.

RUSSELL, J.  The plaintiff in error, having proved that the property levied upon had been exempted and was included in a "pony" homestead set apart to her under the provisions of section 2866 of the Civil Code of 1895, was primarily and prima facie entitled to the exemption; and there being no evidence that she was not the head of a family, the justice of the peace erred in adjudging the property to be subject to the fi. fa.  The certiorari should have been sustained.

                                                         *Judgment reversed.*

DECIDED JANUARY 24, 1911.

Certiorari; from Fulton superior court—Judge Pendleton.  May 20, 1910.

*Morris Macks,* for plaintiff in error.  *G. W. Brooks,* contra.